[No. 5491–4–II.  Division Two.  June 16, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER
MARSH, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific
County, No. C–2325, Herbert E. Wieland, J., entered April
10, 1981. *Affirmed* by unpublished opinion per Worswick,
J., concurred in by Reed, C.J., and Petrie, J.

[No. 5624–1–II.  Division Two.  June 16, 1982.]

THE CITY OF SEATTLE, *Respondent,* v. JEFFREY
A. LENTSCH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–03329–4, T. Patrick Corbett, J., entered
October 17, 1980. *Affirmed* by unpublished opinion per
Reed, C.J., concurred in by Petrie and Worswick, JJ.

[No. 5148–6–II.  Division Two.  June 17, 1982.]

*In the Matter of* JODY PURYEAR, ET AL.

Appeal from a judgment of the Superior Court for Clark
County, No. 30637, Robert D. McMullen and Robert L.
Harris, JJ., entered September 17, 1980. *Dismissed* by
unpublished opinion per Reed, C.J., concurred in by Petrie
and Worswick, JJ.

[No. 4377–1–III.  Division Three.  June 17, 1982.]

CANADIAN IMPERIAL BANK OF COMMERCE, *Respondent,* v.
STANLEY TAGGARES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 80–2–00818–7, Howard Hettinger, J.,
entered January 26, 1981. *Reversed* and *remanded* by
unpublished opinion per Munson, J., concurred in by
McInturff, C.J., and Roe, J.